# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 23, 2024

Lyle W. Cayce
Clerk

No. 23-50765
Summary Calendar

—————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FRANKLIN JOHEL SALDIVAR-NAVARRO,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-1208-1

———————————————————

Before HIGGINBOTHAM, JONES, and OLDHAM, *Circuit Judges.*

PER CURIAM:[*]

The attorney appointed to represent Franklin Johel Saldivar-Navarro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Saldivar-Navarro has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-50765

therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. We also agree that the revocation order contains a clerical error in that it incorrectly states that Saldivar-Navarro pleaded "not true" to the alleged supervised release violations.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The case is REMANDED to the district court for the limited purpose of correcting the clerical error noted above. *See* FED. R. CRIM. P. 36.